UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL W. DRENA | : | NO.: 3:15-CV-00176-VAB |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A. | : | OCTOBER 8, 2018 |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41, the undersigned parties hereby stipulate that the above-entitled action be dismissed, without costs to any party, as the matter has resolved via settlement, which dismissal shall be with prejudice.

        PLAINTIFF,
        MICHAEL W. DRENA

By_____**/s/**_____
  Krista A. Winters
  Ct30328
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114-1121
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail: kwinters@hl-law.com

DEFENDANT,
BANK OF AMERICA, N.A.


By_____**/s/**_____
   Pierre-Yves Kolakowski, Esq.
   Ct13312
   Zeichner Ellman & Krause LLP
   35 Mason Street
   Greenwich CT 06830
   (203) 622-0900
   (203) 862-9889 (Fax)
   E-Mail: pkolakowski@zeklaw.com

## **CERTIFICATION**

      This is to certify that on October 8, 2018, a copy of the foregoing (document) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Pierre-Yves Kolakowski, Esq.
Zeichner, Ellman & Krause
35 Mason Street
Greenwich, CT  06830

                                                    _____**/s/**_____
                                                            Krista A. Winters